IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BENJAMIN JOHNSON**                                                             **PLAINTIFF**

v.                                                                 **No. 2:05CV24-A-A**

**VICKI HARE, ET AL.**                                                    **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion to dismiss filed by defendant WHBQ is hereby **GRANTED**. All the plaintiff's claims against defendant WHBQ are hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted and as untimely filed.

**SO ORDERED,** this the 5th day of March, 2008.

                                                                       **/s/ Sharion Aycock**
                                                                       **U. S. DISTRICT JUDGE**