**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**BENJAMIN JOHNSON**                                                                          **PLAINTIFF**

**v.**                                                                                             **No. 2:05CV24-A-A**

**VICKI HARE, ET AL.**                                                                      **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On November 15, 2007, the court received returned mail sent to the plaintiff's last known address. Several months have passed, and the plaintiff has not informed the court of his current address. The instant case cannot move forward in the absence of participation by the plaintiff. This case is therefore **DISMISSED** without prejudice for failure to prosecute under FED. R. CIV. P. 41(b). In light of this ruling, all motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the   5th   day of March, 2008.

                                                                                     /s/ Sharion Aycock
                                                                                      **U. S. DISTRICT JUDGE**